## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY F. BERTINO**<br>individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>**TASTY BAKING COMPANY**,<br><br>*Defendant*. | Case No. 2:20-cv-05823-JDW |

## **ORDER**

**AND NOW**, this 23rd day of November, 2020, in light of the substantial factual and legal overlap between this case and *Caddick, et al., v. Tasty Baking Company*, Case No. 2:19-cv-02106, it is **ORDERED** that this case is **CONSOLIDATED** under the lead case, *Caddick, et al., v. Tasty Baking Company*, Case No. 2:19-cv-02106.

It is **FURTHER ORDERED** that all future pleadings shall be filed in the lead case *Caddick, et al., v. Tasty Baking Company*, Case No. 2:19-cv-02106, and the Clerk of the Court is directed to close this matter.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.